Submitted on record and briefs August 2, reversed September 26, 2007

In the Matter of M. B.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## M. B.,
*Appellant.*

Multnomah County Circuit Court
060363035; A131947

168 P3d 1236

Liza Jane Langford filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Kaye E. McDonald, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant contends that the trial court erred in finding that, because of a mental disorder, he is unable to meet his basic needs. ORS 426.005(1)(d). The state concedes that the record does not contain the necessary clear and convincing evidence to support the order of involuntary commitment. On *de novo* review, we agree and accept the concession.

Reversed.